**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:15-CV-22782-MGC**

BENJAMIN FERNANDEZ, GUSTAVO
MARTINEZ, OSCAR LUZURIAGA, and
DANIEL ARAUJO as trustees of and on
behalf of the LAAD RETIREMENT PLAN,
and as trustees of and on behalf of the LAAD
CORPORATION S.A. MONEY
PURCHASE RETIREMENT PLAN, and on
behalf of all others similarly situated,

      Plaintiffs,

v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED,

      Defendant.

                                     /

## DEFENDANT'S REQUEST FOR ORAL ARGUMENT

Defendant, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Defendant"), requests oral argument on Defendant's Motion to Dismiss for Failure to State a Claim and Incorporated Memorandum of Law [DE 17] ("Defendant's Motion") because it: (i) raises issues which are rarely litigated, particularly in the Eleventh Circuit, and (ii) contains numerous substantive arguments regarding the deficiencies in the Complaint and oral argument will ensure that these pleading matters may be presented clearly and thoroughly to the Court. Defendant believes oral argument will ensure that the Court will have the opportunity to receive answers to any questions it might have concerning the parties' respective arguments for or against the dismissal of the Complaint and the parties will have the opportunity to reply to the opposing parties' arguments.

Defendant estimates the time required for oral argument will be 60 minutes.

## CERTIFICATION OF COUNSEL

Prior to filing this request for hearing, the undersigned counsel attempted to confer with Plaintiff's counsel, Paulino A. Nuñez Jr., via email and by telephone, but as of the time this motion was filed, Mr. Nuñez has not advised whether Plaintiffs wish to join this request or have any objection to the relief sought by Defendant.  The undersigned will promptly notify the Court regarding Plaintiffs' position concerning the relief sought herein if Mr. Nuñez advises her of same.

Dated this 18th day of September, 2015.        Respectfully submitted,

*s/ Carol A. Field*
Carol A. Field
Fla. Bar No. 987166
E-Mail: cfield@morganlewis.com
Brian T. Ortelere (*pro hac vice* to be filed)
Pennsylvania Bar No. 46464
E-Mail: bortelere@morganlewis.com
Donald L. Havermann (*pro hac vice* to be filed)
E-Mail: dhavermann@morganlewis.com
David I. Monteiro (*pro hac vice* to be filed)
Texas Bar No. 24079020
E-Mail: dmonteiro@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard
Suite 5300
Miami, FL  33131-2339
Telephone:  305.415.3409
Facsimile:  305.415.3001

*Attorneys for Merrill Lynch, Pierce, Fenner &
Smith Incorporated*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 18, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Carol A. Field*
Carol A. Field

**SERVICE LIST**

**BENJAMIN FERNANDEZ, et al. v. MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
**Case No. 1:15-cv-22782-MGC**
**United States District Court, Southern District of Florida**

Frank R. Rodriguez, Esq.
Florida Bar No. 348988
E-mail: ffr@rtgn-law.com
Paulino A. Núñez Jr., Esq.
Florida Bar No. 814806
E-mail: pan@rtgn-law.com
Rodriguez, Tramont & Núñez, P.A.
255 Alhambra Circle
Suite 1150
Coral Gables, Florida 33134
Telephone: 305.350.2300
Facsimile: 305.350.2525
*Attorneys for Plaintiffs*
**Via CM/ECF**

Lawrence A. Kellogg, Esq.
Florida Bar No. 328601
E-mail: lak@lklsg.com
Jason Kellogg, Esq.
Florida Bar No. 0578401
E-mail: jk@lklsg.com
Levine, Kellogg, Lehman, Schneider &
 Grossman LLP
201 South Biscayne Boulevard
Miami Center, 22nd Floor
Miami, Florida 33131
Telephone: 305.403.8788
Facsimile: 305.403.8789
*Attorneys for Plaintiffs*
**Via CM/ECF**

3