**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 15-cv-22782-Cooke/Torres**

BENJAMIN FERNANDEZ, GUSTAVO MARTINEZ, OSCAR LUZURIAGA, and DANIEL ARAUJO as trustees of and on behalf of the LAAD RETIREMENT PLAN, and as trustees of and on behalf of the LAAD CORPORATION S.A. MONEY PURCHASE RETIREMENT PLAN, and on behalf of all others similarly situated,

        Plaintiffs,

v.

MERRILL LYNCH, PIERCE, FENNER & SMITH, INCORPORATED,

        Defendant.

**JOINT STATUS REPORT AND REQUEST FOR ADDITIONAL 10 DAY STAY OF UPCOMING DEADLINES PENDING SETTLEMENT DISCUSSIONS**

In accordance with the Court's order (D.E. 157) granting the Parties' Joint Motion to Stay Upcoming Deadlines ("Motion to Stay"), Plaintiffs Benjamin Fernandez, Gustavo Martinez, and Oscar Luzuriaga, as trustees of and on behalf of the LAAD Retirement Plan and the LAAD Corporation S.A. Money Purchase Retirement Plan, and on behalf of all others similarly situated ("Plaintiffs"), and Defendant Merrill Lynch, Pierce, Fenner & Smith, Incorporated ("Merrill Lynch," and, together with Plaintiffs, the "Parties"), hereby submit this joint status report and respectfully request entry of the Court's Order granting a stay of an additional ten (10) days, so that the Parties can devote their time and resources to continuing their negotiations regarding the terms of a settlement that will fully resolve this Action, and hopefully drafting and finalizing a

settlement agreement that memorializes their settlement. The Parties will also expeditiously seek preliminary approval of the Settlement Agreement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure. In support of this Joint Motion, the Parties respectfully state as follows:

1. Since filing the Motion to Stay, the Parties' have diligently engaged in negotiations concerning additional settlement terms. As of this date, the Parties have reached agreement concerning most of the remaining settlement terms necessary to reach a full settlement of all issues in this action. Some additional time is needed to resolve the remaining items.

2. In recognition that a further stay of proceedings would facilitate the Parties' negotiation of the remaining settlement terms and that a stay would conserve the Court's resources and permit the parties to avoid incurring additional litigation costs that may otherwise be used to facilitate their settlement efforts, the Parties respectfully request an additional ten day stay of these proceedings, including but not limited to completion of expert discovery, filing *Daubert* motions, filing dispositive motions, and meeting to prepare joint pre-trial stipulation.

## MEMORANDUM OF LAW

It is well settled that this Court has the authority to stay proceedings to manage its docket, based upon the circumstances of a particular case. *See, e.g., Landis v. North Am. Water Works & Elec. Co.,* 299 U.S. 248, 254 (1936); *Republic of Venezuela v. Philip Morris Cos., Inc.,* No. 99-0586-Civ, 1999 WL 33911677, at *1 (S.D. Fla. Apr. 28, 1999). A court may "stay all proceedings and deadlines" while the parties "continue settlement discussions," "[i]n order to aid the parties in settling" a case. *Delta Sigma Theta Sorority, Inc. v. Bivins,* No. 2:14-cv-147, at 1-2 (M.D. Fla. May 11, 2015), ECF No. 159 (granting "parties' Joint Motion to Stay Proceedings During Settlement Discussions"), a copy of this non-published order is attached as Exhibit A.

Here, a class-wide settlement, if approved, will resolve all claims and issues in this action. A stay also will conserve the Parties' and the Court's resources, and will allow the Parties to focus on settlement, rather than spending their efforts on discovery disputes, class certification, expert motions, and any dispositive motions that, if settlement is approved, will turn out to be unnecessary.

WHEREFORE, the Parties respectfully request that the Court enter the attached Order staying all deadlines for an additional ten days pending the execution of a class-wide Settlement Agreement that sets specific timelines for the Parties to seek preliminary approval of the Settlement.

Respectfully submitted,

| | |
|---|---|
| *s/ Jason. Kellogg (authorized to sign)* | *s/ Carol A. Field* |
| Lawrence A. Kellogg, P.A. | Carol A. Field |
| Florida Bar No. 328601 | Fla. Bar No. 987166 |
| Primary email: lak@lklsg.com | E-Mail: cfield@morganlewis.com |
| Jason Kellogg, Esq. | Brian T. Ortelere (admitted *pro hac vice*) |
| Florida Bar No. 0578401 | Pennsylvania Bar No. 46464 |
| Primary email: jk@lklsg.com | E-Mail: bortelere@morganlewis.com |
| Victoria J. Wilson, Esq. | Donald L. Havermann (admitted *pro hac vice*) |
| E-mail: vjw@lklsg.com | E-Mail: dhavermann@morganlewis.com |
| LEVINE KELLOGG LEHMAN | David I. Monteiro (admitted *pro hac vice*) |
| SCHNEIDER + GROSSMAN LLP | Texas Bar No. 24079020 |
| 201 South Biscayne Boulevard, 22nd Floor | E-Mail: dmonteiro@morganlewis.com |
| Miami, FL 33131 | Morgan, Lewis & Bockius LLP |
| Telephone: (305) 403-8788 | 200 South Biscayne Boulevard |
| Facsimile: (305) 403-8789 | Suite 5300 |
| | Miami, FL 33131-2339 |
| Andrew V. Tramont, Esq. | Telephone: 305.415.3409 |
| Florida Bar No. 322830 | Facsimile: 305.415.3001 |
| E-mail: avt@rtgn-law.com | |
| Frank R. Rodriguez, Esq. | *Attorneys for Defendant Merrill Lynch, Pierce,* |
| Florida Bar No. 348988 | *Fenner & Smith Incorporated* |
| E-mail: frr@rtgn-law.com | |
| Paulino A. Núñez Jr., Esq. | |
| Florida Bar No. 814806 | |
| E-mail: pan@rtgn-law.com | |
| Bradley B. Aserlind, Esq. | |

3

Florida Bar No. 101623
E-mail: bba@rtgn-law.com
RODRIGUEZ TRAMONT & NUÑEZ P.A.
255 Alhambra Circle, Suite 1150
Coral Gables, FL 33134
Telephone: (305) 350-2300
Facsimile: (305) 350-2525

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 28, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Carol A. Field*
Carol A. Field

**SERVICE LIST**

Andrew V. Tramont, Esq.
Florida Bar No. 322830
E-mail: avt@rtgn-law.com
Frank R. Rodriguez, Esq.
Florida Bar No. 348988
E-mail: frr@rtgn-law.com
Paulino A. Núñez Jr., Esq.
Florida Bar No. 814806
E-mail: pan@rtgn-law.com
Bradley B. Aserlind, Esq.
Florida Bar No. 101623
E-mail: bba@rtgn-law.com
Rodriguez, Tramont & Núñez, P.A.
255 Alhambra Circle
Suite 1150
Coral Gables, Florida 33134
Telephone: 305.350.2300
Facsimile: 305.350.2525
*Attorneys for Plaintiffs*

**Via CM/ECF**

Lawrence A. Kellogg, Esq.
Florida Bar No. 328601
E-mail: lak@lklsg.com
Jason Kellogg, Esq.
Florida Bar No. 0578401
E-mail: jk@lklsg.com
Victoria J. Wilson, Esq.
E-mail: vjw@lklsg.com
Levine, Kellogg, Lehman, Schneider & Grossman LLP
201 South Biscayne Boulevard
Miami Center, 22nd Floor
Miami, Florida 33131
Telephone: 305.403.8788
Facsimile: 305.403.8789
*Attorneys for Plaintiffs*

**Via CM/ECF**