# EXHIBIT "A"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DELTA SIGMA THETA SORORITY,
INC.,

        Plaintiff,

v.                               Case No:   2:14-cv-147-FtM-38CM

LETISHA D. BIVINS, ALPHONSO D.
GOINS and FRATHOUSE
CLOTHING, LLC,

        Defendants.

_____/

## ORDER[1]

    This matter comes before the Court on the parties' Joint Motion to Stay Proceedings During Settlement Discussions (Doc. #158) filed on May 8, 2015.  The parties move the Court to continue the jurisdiction of United States Magistrate Judge Douglas N. Frazier and stay all proceedings and deadlines in this case through May 31, 2015, while they continue settlement discussions.  (Id.).  In order to aid the parties in settling this matter, the Court will grant the Joint Motion (Id.).

    Accordingly, it is now

**ORDERED:**

    (1) The parties' Joint Motion to Stay Proceedings During Settlement Discussions

        (Doc. #158) is **GRANTED**.  All proceedings and deadlines in this matter are

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

**STAYED** up to and including **May 31, 2015,** while the parties continue settlement discussions.

(2) The parties shall file a joint status report, in writing, on or before **June 3, 2015**, that informs the Court of the status of settlement in this case.

(3) If the parties do not come to an agreement on settlement terms during the stay, they shall file a revised Case Management Report on **June 3, 2015**. The parties shall also file a stipulation selecting a mediator no later than **June 8, 2015**; and Plaintiff Delta Sigma Theta Sorority, Inc. shall file its answer to Defendant FratHouse Clothing, Inc.'s counterclaims by **June 22, 2015**.

(4) The Clerk of the Court is **DIRECTED** to place a stay flag on the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 11th day of May, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-cv-22782-Cooke/Torres

BENJAMIN FERNANDEZ, GUSTAVO
MARTINEZ, OSCAR LUZURIAGA, and
DANIEL ARAUJO as trustees of and on behalf
of the LAAD RETIREMENT PLAN, and as
trustees of and on behalf of the LAAD
CORPORATION S.A. MONEY PURCHASE
RETIREMENT PLAN, and on behalf of all
others similarly situated,

               Plaintiffs,

v.

MERRILL LYNCH, PIERCE, FENNER &
SMITH, INCORPORATED,

               Defendant.

### ORDER ON JOINT MOTION FOR EXTENSION OF TIME

THIS MATTER is before the Court upon the parties' Joint Motion for Extension of Time for Defendant's Response to Plaintiffs' Motion to Compel and Parties' Submission of Findings of Fact and Conclusions of Law Regarding Class Certification Pending the Parties' Continued Settlement Discussions [DE 156]. Upon due consideration, it is hereby ORDERED and ADJUDGED that:

The Motion is GRANTED. The Parties shall have until May 5, 2017 to submit findings of fact and conclusions of law Plaintiffs' Motion to Certify Class. Defendant shall have until May 5, 2017 to respond to Plaintiffs' Motion to Compel Documents Responsive to Their Second and Third Requests for Production.

DONE AND ORDERED in Chambers in Miami, Florida this ___ day of April, 2017.

_____
EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record