UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-22782-Civ-COOKE/TORRES

BENJAMIN FERNANDEZ, *et. al.*,

    Plaintiffs,

vs.

MERRILL LYNCH, PIERCE,
FENNER & SMITH INCORPORATED,

    Defendant.

_____/

**ORDER ADMINISTRATIVELY CLOSING
CASE UPON NOTICE OF SETTLEMENT**

THIS MATTER is before me on the Parties' Joint Notice of Settlement (ECF No. 164). The parties have amicably resolved this matter. Accordingly, this case will now be administratively closed pending the Parties submitting a statement of the settlement agreement to the Court in compliance with Federal Rule of Civil Procedure 23(e) and Court approval of the settlement.

The Parties shall file their statement of the settlement agreement <u>on or before June 2, 2017</u>. The Clerk shall *administratively* **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, Miami, Florida, this 15th day of May 2017.

*[signature]*
_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Edwin G. Torres, U.S. Magistrate Judge*
*Counsel of record*